```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                Criminal No. 04-27-01-JD

Pedro Jose Medina-Rios

<u>ORDER REMITTING ASSESSMENT</u>

Upon petition of the United States of America under the provisions of 18 U.S.C. § 3573, for remission of the balance of the unpaid assessment imposed upon the defendant named above and the Court being sufficiently advised herein, it is hereby

ORDERED, that the unpaid portion of the assessment imposed against the defendant in the amount of $100.00, is remitted.

DATED:   December 5, 2006                 /s/ Joseph A. DiClerico, Jr.
                                                          U.S. District Court Judge